396 A.2d 19

Commonwealth v. Cleckley, Appellant.

Submitted November 14, 1977. John P. Dohanich, Assistant Public Defender, for appellant; Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.